■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS WEISS, Appellant.— Motion by appellant for reargument referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur. Motion for reargument denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WESLEY WILDES, Appellant.— This court, on January 3, 1961, having unanimously affirmed a judgment of the County Court, Kings County, rendered December 4, 1959, convicting the defendant, after a jury trial, of burglary in the first degree, attempted rape in the first degree and assault in the second degree, the defendant, pursuant to subdivision 1 of section 520 of the Code of Criminal Procedure, now makes application to the Honorable GERALD NOLAN, Presiding Justice of this court, for leave to take a further appeal to the Court of Appeals. Such application for leave to appeal to the Court of Appeals is denied by Presiding Justice NOLAN.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND T. WILLIAMS, Appellant.— On the call of the calendar, oral motion by respondent to dismiss appeal, denied. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. HOLLAND, Appellant, v. EDWARD J. O'HARA, as Warden of the County Jail, County of Nassau, Respondent.— Motion by relator (1) to vacate his sentence and to resentence him, or, in the alternative, (2) to grant leave to appeal as a poor person and assign counsel on his pending appeal from an order dismissing a writ of habeas corpus. Motion denied in all respects. An examination of the papers submitted on this motion discloses no merit in the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ BERNARD SHATZKIN et al., Doing Business as SHATZKIN & COOPER, Plaintiffs, v. SOLOMON E. SHAHMOON, Appellant, and MILTON POLLAOK, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it· at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 3, 1961. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ DORIS STRADER, Appellant, v. CALHOUN STRADER, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ TEXACO, INC., Appellant, v. ELI WEINBERG, Individually and Doing Business as TEX-BAY SERVICE STATION, et al., Respondents.— Motion by landlord for leave to appeal to this court from an order of the Appellate Term, granted. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.